UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN FIELD, TRUSTEE OF THE DeSHON REVOCABLE TRUST DATED NOVEMBER 20, 2008, FIRST AMENDMENT OF TRUST DATED JANUARY 29, 2009,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 2:15-CV-00241-TLN-DAD<br><br>**ORDER EXTENDING TIME TO FILE A RESPONSE** |

Before the Court is the United States of America and Karen Field, Trustee of the DeShon Revocable Trust Dated November 20, 2008, First Amendment of Trust Dated January 29, 2009's Stipulation for Extension of Time to File a Response. Upon Consideration of the stipulation, and for good cause shown, it is hereby

ORDERED that the United States shall have an additional sixty (60) days, until July 3, 2015, to file a response in this matter.

///

ORDER EXTENDING TIME TO FILE A RESPONSE
(Case No. 2:15-CV-00241-TLN-DAD)     1     **U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

IT IS SO ORDERED.

Dated: May 4, 2015

_____
Troy L. Nunley
United States District Judge

Submitted by:

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

*/s/ Yen Jeannette Tran*
YEN JEANNETTE TRAN
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-616-3366 (v) (Tran)
202-353-1857 (v) (Kukso)
202-307-0054 (f)
Y.Jeannette.Tran@usdoj.gov
Boris.Kukso@usdoj.gov

Of Counsel:
BENJAMIN B. WAGNER
United States Attorney,
Eastern District of California

ORDER EXTENDING TIME TO FILE A RESPONSE
(Case No. 2:15-CV-00241-TLN-DAD)                    2

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366