UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN FIELD, TRUSTEE OF THE DeSHON )
REVOCABLE TRUST DATED NOVEMBER ) Case No. 2:15-CV-00241-TLN-DAD
20, 2008, FIRST AMENDMENT OF TRUST )
DATED JANUARY 29, 2009, ) **ORDER EXTENDING TIME TO FILE**
) **A RESPONSE**
    Plaintiff, )
)
    v. )
)
UNITED STATES OF AMERICA, et al., )
)
    Defendants. )
_____)

Before the Court is the United States of America and Karen Field, Trustee of the DeShon Revocable Trust Dated November 20, 2008, First Amendment of Trust Dated January 29, 2009's Stipulation for Second Extension of Time to File a Response. Upon Consideration of the stipulation, and for good cause shown, it is hereby

ORDERED that the United States shall have an extension of time to: (a) fourteen (14) days after the Second Amended Complaint is filed and served upon the United States if the Court grants Plaintiff's Motion for Leave to File Second Amended Complaint; or (b) fourteen (14) days

ORDER EXTENDING TIME TO FILE A RESPONSE
(Case No. 2:15-CV-00241-TLN-DAD)     1     **U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366

after the entry of an Order Denying Plaintiff's Motion for Leave to File Second Amended Complaint if the Court denies Plaintiff's Motion for Leave to File Second Amended Complaint, for the United States to file a response in this matter.

IT IS SO ORDERED.

Dated: July 6, 2015

Troy L. Nunley
United States District Judge

Submitted by:

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

/s/ Yen Jeannette Tran
YEN JEANNETTE TRAN
BORIS KUKSO
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3366 (v) (Tran)
202-353-1857 (v) (Kukso)
202-307-0054 (f)
Y.Jeannette.Tran@usdoj.gov
Boris.Kukso@usdoj.gov

Of Counsel:
BENJAMIN B. WAGNER
United States Attorney,
Eastern District of California

*Attorneys for the United States of America*

ORDER EXTENDING TIME TO FILE A RESPONSE
(Case No. 2:15-CV-00241-TLN-DAD)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3366