# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN FIELD, TRUSTEE OF THE DeSHON REVOCABLE TRUST DATED NOVEMBER 20, 2008, FIRST AMENDMENT OF TRUST DATED JANUARY 29, 2009,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; CALIFORNIA FRANCHISE TAX BOARD, an agency of the State of California; et al.<br><br>Defendants. | Case No. 2:15-CV-00241-TLN-DAD<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

On May 19, 2015, Plaintiff Karen Field, Trustee of the DeShon Revocable Trust filed a Motion for Leave to File a Second Amended Complaint ("Motion").  No party filed an opposition to the Motion and the Court took the matter under submission.  Having considered Plaintiff's papers in support of the Motion and other pleadings and papers on file herein, the Court hereby **GRANTS** Plaintiff's Motion for Leave to File a Second Amended Complaint.

**IT IS ORDERED** that Plaintiff Karen Field, Trustee of the DeShon Revocable Trust, has leave to file a Second Amended Complaint.  Plaintiff shall file the Second Amended Complaint within 10 days.

**IT IS SO ORDERED**.

Dated:  August 26, 2015

Troy L. Nunley
United States District Judge

1