1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10 KAREN FIELD, TRUSTEE OF THE DeSHON ) Case No. 2:15-CV-00241-TLN-CKD
REVOCABLE TRUST DATED NOVEMBER 20, )
11 2008, FIRST AMENDMENT OF TRUST DATED ) **ORDER**
JANUARY 29, 2009, )
12                                      )
        Plaintiff,                      )
13                                      )
        v.                              )
14                                      )
UNITED STATES OF AMERICA; CALIFORNIA )
15 FRANCHISE TAX BOARD, an agency of the State )
of California; ROGER ARRIETA, an individual; )
16 PHILLIP J. BOYLE, and individual; FRANCIS G. )
CAMERON, JR. an individual; KATHRYN L. )
17 CAMERON, an individual; VIVIAN DEMILLE, an )
individual; SIBYLLE HARRIS, an individual; )
18 LESLIE KLOPPENBURG, an individual; )
RICHARD H. LEMMON, an individual; )
19 KATHERINE M. LOPEZ, an individual; )
WILLIAM J. LOPEZ, an individual; MANYUN )
20 NATSU, and individual; PAUL OCHSNER, an )
individual; MARIE ONDRAKO, an individual; )
21 GARY W. ROGERS, as Trustee for Ann V. Rogers )
Trust; MAURICE SHARP, an individual; DONNA )
22 SHARP, an individual; AURELIO VILLEGAS SR., )
an individual; TERRY VILLEGAS, an individual; )
23 AURELIO VILLEGAS JR., an individual; )
KENNETH P. WALKER, individually and doing )
24 business as Aquarius Pool Service; INLAND )
POWER & LIGHT CO., a Washington corporation; )
25 and CAPITAL ONE FINANCIAL )
CORPORATION, a Delaware corporation; )
26                                      )
        Defendants.                     )
27 _____ )

28

**<u>ORDER</u>**

Plaintiff Karen Field's *Ex Parte* request for an extension of time to file a declaration is GRANTED. Plaintiff's counsel is ordered to submit the declaration described in the Court's December 18, 2019, Order (ECF No. 174 at 9) no later than January 16, 2020. Defendants may respond no later than seven (7) days from the date the declaration is electronically filed.

IT IS SO ORDERED.

Dated: December 27, 2019

Troy L. Nunley
United States District Judge