UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN FIELD, Trustee,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 2:15-cv-00241-TLN-DB<br><br>**SUPPLEMENTAL ORDER** |

To clarify, the Court supplements its previous order (ECF No. 182) as follows: It is ordered that the Clerk of the Court disburse $36,892.77, which represents the total amount of awarded attorneys' fees, costs, and trustee's fees, to Plaintiff from the money held on deposit in the Court's registry account.

IT IS SO ORDERED.

Dated: March 06, 2020

_____
Troy L. Nunley
United States District Judge