**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN FIELD, TRUSTEE OF THE DeSHON REVOCABLE TRUST DATED NOVEMBER 20, 2008, FIRST AMENDMENT OF TRUST DATED JANUARY 29, 2009,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; CALIFORNIA FRANCHISE TAX BOARD, an agency of the State of California; ROGER ARRIETA, an individual; PHILLIP J. BOYLE, and individual; FRANCIS G. CAMERON, JR. an individual; KATHRYN L. CAMERON, an individual; VIVIAN DEMILLE, an individual; SIBYLLE HARRIS, an individual; LESLIE KLOPPENBURG, an individual; RICHARD H. LEMMON, an individual; KATHERINE M. LOPEZ, an individual; WILLIAM J. LOPEZ, an individual; MANYUN NATSU, and individual; PAUL OCHSNER, an individual; MARIE ONDRAKO, an individual; GARY W. ROGERS, as Trustee for Ann V. Rogers Trust; MAURICE SHARP, an individual; DONNA SHARP, an individual; AURELIO VILLEGAS SR., an individual; TERRY VILLEGAS, an individual; AURELIO VILLEGAS JR., an individual; KENNETH P. WALKER, individually and doing business as Aquarius Pool Service; INLAND POWER & LIGHT CO., a Washington corporation; and CAPITAL ONE FINANCIAL CORPORATION, a Delaware corporation;<br><br>Defendants. | Case No. 2:15-CV-00241-TLN-CKD<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF KAREN FIELD, TRUSTEE OF THE DeSHON REVOCABLE TRUST DATED NOVEMBER 20, 2008, FIRST AMENDMENT OF TRUST DATED JANUARY 29, 2009** |

JUDGMENT IS HEREBY ENTERED AS FOLLOWS:

1. Plaintiff Karen Field, Trustee of the DeShon Revocable Trust Dated November 20, 2008, First Amendment of Trust Dated January 29, 2009 ("Plaintiff") is discharged of all liability with respect to the disputed funds that are the subject of this action;

2. Defendants-in-interpleader, their agents, attorneys, or assigns are permanently enjoined from instituting any suit at law or equity, or action or proceeding of any kind whatsoever against Plaintiff with respect to the disputed funds;

3. Plaintiff is awarded $32,787 in attorneys' fees, $2,655.77 in costs, and $1,450 in trustee's fees, for a total of $36,892.77, and the Clerk of the Court is ordered to disburse $36,892.77 to Plaintiff from the money held on deposit in the Court's registry account; and

4. Plaintiff is DISMISSED from this action with prejudice as to all claims relating to the disputed funds.

There being no just reason for delay, this Judgment shall be final pursuant to Federal Rule of Civil Procedure 54(b).

DATED: April 8, 2020

Troy L. Nunley
United States District Judge