UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN FIELD, Trustee,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No.  2:15-cv-00241-TLN-DB<br><br><br><br>**ORDER** |

The Court has read and considered the documents filed by the California Franchise Tax Board (ECF No. 205) and the United States (ECF No. 206).  In this interpleader action, the Court previously granted summary judgment in favor of the foregoing parties and ordered them to file documentation regarding the current amount due to them in unpaid taxes and interest.  (ECF No. 204.)  Based on the evidence now before the Court, it is hereby ORDERED that the Clerk of the Court disburse $52,365.25 to the California Franchise Tax Board and $159,386.54 to the United States, which represents the amounts due as of March 16, 2022, from the money held on deposit in the Court's registry.

IT IS SO ORDERED.

DATED:  March 16, 2022

                                                    Troy L. Nunley<br>                                                  United States District Judge

1