R. Todd Luoma (Cal. State Bar No. 140066)
Betty J. Williams (Cal. State Bar No. 224796)
Law Office of Williams & Associates, PC
3600 American River Drive, Suite 135
Sacramento, California 95864
(916) 488-8501
(916) 488-8196 fax
Todd@WilliamsTaxLaw.com
Betty@WilliamsLawAssociates.com

Attorneys for Defendant William Lopez and Manyun Natsu

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN FIELD, TRUSTEE OF THE DeSHON REVOCABLE TRUST DATED NOVEMBER 20, 2008, FIRST AMENDMENT OF TRUST DATED JANUARY 29, 2009,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; CALIFORNIA FRANCHISE TAX BOARD; WILLIAM J. LOPEZ, MANYUN NATSU, et al.<br><br>Defendants, | Civil No. 2:15-cv-00241-TLN-DAD<br><br>ORDER ON DEFENDANTS WILLIAM J. LOPEZ'S AND MANYUN NATSU'S EXPARTE APPLICATION TO EXTEND TIME TO SUBMIT A STIPULATION OF SETTLEMENT OF THE CASE |

**ORDER**

Defendants William J. Lopez's and Manyun Natsu's request for an extension of time to file a stipulation of settlement and joint motion to distribute funds is GRANTED. The parties are ordered to submit the stipulation of settlement and joint motion to distribute funds no later than August 8, 2022.

IT IS SO ORDERED.

DATED: April 28, 2022

Troy L. Nunley
United States District Judge