RICHARD D. SOPP, State Bar # 125546
Wheatley Sopp, & Madsen, LLP
81 Blue Ravine Road, Suite 230
Folsom, CA 95630
(916) 988-3857

Attorneys for Defendant
Leslie Kloppenburg

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN FIELD, TRUSTEE OF THE DeSHON REVOCABLE TRUST DATED NOVEMBER 20, 2008, FIRST AMENDMENT OF TRUST DATED JANUARY 29, 2009,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>Defendants. | CASE NO.: 2-15-CV-00241-TLN-DAD<br><br>**ORDER ON GENENE R. WELLS KLOPPENBURG'S MOTION TO SUBSTITUTE PARTY** |

**ORDER**

The Motion to Substitute Genene R. Wells Kloppenburg as Trustee of the Leslie R. Kloppenburg Revocable Trust in place of Defendant Leslie Kloppenburg is granted.

IT IS SO ORDERED.

Dated: June 2, 2022

Troy L. Nunley
United States District Judge

Order on Motion to Substitute Party                1