UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN FIELD, TRUSTEE OF THE DeSHON REVOCABLE TRUST DATED NOVEMBER 20, 2008, FIRST AMENDMENT OF TRUST DATED JANUARY 29, 2009,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; CALIFORNIA FRANCHISE TAX BOARD; WILLIAM J. LOPEZ, MANYUN NATSU, et al.<br><br>Defendants, | No. 2:15-cv-00241-TLN-DB<br><br>**ORDER** |

The Court has reviewed the parties' stipulation settling this interpleader action. (ECF No. 228.) Pursuant to that stipulation, IT IS ORDERED, that the Clerk of the Court disburse the following amounts to the claimants at the addresses noted in the stipulation, which are current and may not be consistent with the Clerk's records:

1. Capital One Financial - $290.27

2. Alan Dale Rogers - $14,616

3. Genene R. Wells Kloppenburg - $22,362.48

4. Aurelio and Terry Villegas - $12,423.60

-1-

5.  Marie Ondrako - $10,057.12

6.  Maurice and Donna Sharp - $2,192.40

7.  Paul Ochsner - $2,181.44

8.  Phillip Boyle - $3,872.66

9.  Sibylle Harris - $14,616

10. Vivian Demille - $6,577.20

11. William Lopez and Manyun Natsu - $43,131.96

The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

**DATED:  December 12, 2022**

Troy L. Nunley
United States District Judge

-2-