R. Todd Luoma (Cal. State Bar No. 140066)
Betty J. Williams (Cal. State Bar No. 224796)
Law Office of Williams & Associates, PC
3600 American River Drive, Suite 135
Sacramento, California  95864
(916) 488-8501
(916) 488-8196 fax
Todd@WilliamsTaxLaw.com
Betty@WilliamsLawAssociates.com

Attorneys for Defendant William Lopez and Manyun Natsu

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN FIELD, TRUSTEE OF THE DeSHON REVOCABLE TRUST DATED NOVEMBER 20, 2008, FIRST AMENDMENT OF TRUST DATED JANUARY 29, 2009,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; CALIFORNIA FRANCHISE TAX BOARD; WILLIAM J. LOPEZ, MANYUN NATSU, et al.<br><br>Defendants, | Civil No. 2:15-cv-00241-TLN-DB<br><br>**AMENDED ORDER ON DISBURSEMENT OF FUNDS** |

Due to additional funds being available for disbursement to the claimants, IT IS ORDERED, that the Clerk of the Court disburse the following total amounts to the claimants at the addresses noted in the stipulation, which are current and may not be consistent with the Clerk's records:

1. Capital One Financial - $327.70.

2. Alan Dale Rogers - $16,450.

3. Genene R. Wells Kloppenburg - $25,168.

4. Aurelio and Terry Villegas - $13,982.00.

5. Marie Ondrako - $11,319.02.

6. Maurice and Donna Sharp - $2,467.50.

7. Paul Ochsner - $2,455.16.

8. Phillip Boyle - $4,359.00.

9. Sibylle Harris - $16,450.

10. Vivian DeMille - $7,402.50.

11. William Lopez and Manyun Natsu - $48,544.00.

IT IS FURTHER ORDERED that any interest accrued shall be divided proportionately amongst the claimants based on the percentage of principal paid to each claimant and the total on deposit in the Court's Registry.

IT IS SO ORDRERED.

Dated: December 14, 2022

Troy L. Nunley
United States District Judge